## HATCHER v. SUPERIOR COURT OF ROBESON COUNTY

No. 39P00-2

Case below: Robeson County Superior Court

Motion by defendant pro se to appoint Judge Weeks dismissed 4 May 2000.

## INMAN v. INMAN

No. 166P00

Case below: 134 N.C.App. 719

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 May 2000.

## IN RE APPEAL OF YOUNG

No. 58P00

Case below: 136 N.C.App. 442

Petition by petitioners (Youngs) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 May 2000.

## IN RE SMITH

No. 102P00

Case below: 136 N.C.App. 442

Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 4 May 2000.

## JOHNSTON HEALTH CARE CTR., LLC v. N.C. DEP'T OF HUMAN RES.

No. 81P00

Case below: 136 N.C.App. 307

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 4 May 2000. Conditional petition by respondent-intervenor for discretionary review pursuant to G.S. 7A-31 dismissed as moot 4 May 2000.